IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JACQUE ARMAND WILSON                    §

VS.                                     §              CIVIL ACTION NO. 5:06cv232

TDCJ-CID WARDEN                         §

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report on the merits of Petitioner's case.  The Report contains proposed findings of fact and

recommendations for disposition of this case.  The Magistrate Judge also presented for consideration

the Magistrate Judge's Report on Petitioner's motion to proceed *in forma pauperis*.

No objections were filed.  This Court finds that the Magistrate Judge's findings and

conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court

therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to proceed *in forma

pauperis* (dkt. #2) is denied and this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is denied a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

 **SIGNED this 10th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE